IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OSCAR VELA, | |
| Petitioner, | NO. 3:14-CV-02138 |
| v. | (JUDGE CAPUTO) |
| DONNA ZICKEFOOSE, | (MAGISTRATE JUDGE CARLSON) |
| Respondent. | |

<u>ORDER</u>

**NOW**, this 28th day of March, 2016, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 17) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 17) is **ADOPTED in its entirety**.

(2) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

(3) A Certificate of Appealability will not be issued.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge